# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**OSCAR A. OLEA CORONADO,**

    **Petitioner,**

                        **CASE NO. 2:07-cr-124(1)**
    **v.**                            **CIVIL NO. 2:12-cv-1169**

                                  **JUDGE GREGORY L. FROST**
**UNITED STATES OF AMERICA,**      **Magistrate Judge Kemp**

    **Respondent.**

## OPINION AND ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on December 27, 2012. No objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The petition is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit for authorization for filing, if appropriate, pursuant to 28 U.S.C. §2244(b)(3)(A).

    **IT IS SO ORDERED.**

                                                         /s/ Gregory L. Frost
                                                     **GREGORY L. FROST**
                                                     **UNITED STATES DISTRICT JUDGE**